IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL BRUMIT | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Case No. 4:12cv592 |
| | § |
| CAPITAL ONE BANK (USA), N.A. d/b/a | § |
| CAPITAL ONE AUTO FINANCE, INC. | § |
| | § |
| Defendant. | § |

**ORDER ON MOTION TO DISMISS WITH PREJUDICE**

The court, having considered the parties' "Joint Motion to Dismiss With Prejudice" (dkt #20), GRANTS the motion and the suit is hereby dismissed with prejudice.

IT IS SO ORDERED.

SIGNED this the 22nd day of November, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE